THE STATE EX REL. DUNN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Dunn v. Indus. Comm.,*
97 Ohio St.3d 215, 2002-Ohio-5933.]

(No. 2001–2159—Submitted September 24, 2002—Decided November 13, 2002.)

{¶ 1}   The motion for reconsideration of the judgment of August 21, 2002, found at 96 Ohio St.3d 191, 2002-Ohio-3955, 772 N.E.2d 1184, is granted.

{¶ 2}   The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for relief consistent with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

---

LUNDBERG STRATTON, J., dissenting.

{¶ 3}   I respectfully dissent.   I would affirm the judgment of the court of appeals.

MOYER, C.J., concurs in the foregoing dissenting opinion.

---

Harris & Burgin, L.P.A., Lester J. Burgin and Andrea L. Burns, for appellant.

Betty D. Montgomery, Attorney General, and Erica L. Bass, Assistant Attorney General, for appellee.